IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC </br></br>Plaintiffs,</br></br>v.</br></br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.</br></br>Defendants, | Civil Action No. _____ |

## PLAINTIFF REMY, INC'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Remy, Inc. files this Rule 7.1 Statement and certifies that Remy International Inc. is the parent corporation of the following Plaintiffs:

1. Remy, Inc.
2. Unit Parts Co.
3. Worldwide Automotive LLC

Dated: December 21, 2006

                                        GREENBERG TRAURIG LLP

                                        Donald J. Detweiler (#3087)
                                        Titania R. Mack (#4120)
                                        The Nemours Building
                                        1007 North Orange Street, Suite 1200
                                        Wilmington, DE 19801
                                        Tel.: (302) 661-7000
                                        Fax: (302) 661 7390

                                        *Attorneys for Plaintiffs*

OF COUNSEL:

Christopher M. Joe (Texas Bar No. 00787770)
Russell J. DePalma (Texas Bar No. 00795318)
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Tel.: (214) 655-3600
Fax: (214) 665.3601

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and. WORLDWIDE AUTOMOTIVE, LLC )<br>)<br>)<br>) | |
| Plaintiffs, ) )<br>) | |
| v. ) ) | Civil Action No. _____ |
| CIF LICENSING, LLC, D/B/A GE LICENSING, ) WELLS MANUFACTURING CORP., ) TADITEL US, INC., and WETHERILL ) ASSOCIATES, INC. ) )<br>) | |
| Defendants, ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2006, a copy of the attached Rule 7.1 Statement was served upon the following at the address and in the manner indicated below:

*Via Hand*

CIF Licensing, LLC d/b/a GE Licensing
c/o The Corporation Trust Company,
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Wells Manufacturing Corporation
c/o William A. Allen
26 South Brooke Street
P.O. Box 70
Fond du Lac, Wisconsin 54935

Taditel U.S., Inc.
c/o James Wehrly
720 West 8th Street
Anderson, Indiana 46016

Wetherill Associates, Inc.
Corporation Guaranty and Trust
Company
1000 West Street, 17th Floor
Wilmington, Delaware 19801

                                       /s/ Titania R. Mack
                                       Titania R. Mack (#4120)

DEL-FS1\164821v01