IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 06-785-*** ) ) ) ) ) ) ) |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel to defendant **CIF Licensing, LLC, d/b/a GE Licensing** in the above action.

        ASHBY & GEDDES

        */s/ Steven J. Balick*

        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Lauren E. Maguire (I.D. #4261)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        302-654-1888
        *Attorneys for Defendant*
        *CIF Licensing, LLC, d/b/a GE Licensing*

*Of Counsel:*

Bradford Lyerla
Jeffrey H. Dean
Scott Sanderson
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
(312) 474-6300

Dated: January 9, 2007
176647.1