IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-785-*** |
| CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant **CIF Licensing, LLC, d/b/a GE Licensing** shall answer, move, or otherwise respond to the complaint in the above action is extended through and including January 31, 2007.


GREENBERG TRAURIG, LLP

*/s/ Donald J. Detweiler*
_____
Donald J. Detweiler (I.D. #3087)
Titania R. Mack (I.D. #4120)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
302-661-7000

*Attorneys for Plaintiffs*

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Defendant*
*CIF Licensing, LLC, d/b/a GE Licensing*

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge

176629.1