IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 06-785-*** |
| CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC., ) ) ) ) ) ) | |
| Defendants. ) | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs and defendant Wetherill Associates, Inc. ("Wetherill"), subject to the approval of the Court, that the time in which Wetherill shall answer, move, or otherwise plead in response to the Complaint is extended to and including February 20, 2007.

| GREENBERG TRAURIG, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Donald J. Detweiler* | */s/ Thomas C. Grimm* |
| Donald J. Detweiler (#3087) | Thomas C. Grimm (#1098) |
| Titania R. Mack (#4120) | 1201 N. Market Street |
| 1007 North Orange Street | P.O. Box 1347 |
| Suite 1200 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 661-7000 | tgrimm@mnat.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Wetherill Associates, Inc.* |

SO ORDERED THIS ____ day of _____, 2007.

_____
United States District Court Judge

700384

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Donald J. Detweiler
    GREENBERG TRAURIG, LLP

    Steven J. Balick
    ASHBY & GEDDES

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 24, 2007 upon the following individuals in the manner indicated:

### BY HAND

    Donald J. Detweiler
    GREENBERG TRAURIG, LLP
    1007 North Orange Street, Suite 1200
    Wilmington, DE 19801

    Steven J. Balick
    ASHBY & GEDDES
    500 Delaware Avenue, 8th Floor
    Wilmington, DE 19801

                                                  */s/ Thomas C. Grimm*
                                                  Thomas C. Grimm (#1098)
                                                  tgrimm@mnat.com

700384