IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-785-*** |
| CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Thomas C. Grimm, Esquire, of Morris, Nichols, Arsht & Tunnell LLP to represent defendant Wetherill Associates, Inc. in the above-referenced matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
*Attorneys for Defendant Wetherill Associates, Inc.*

OF COUNSEL:

Stephen D. Milbrath
ALLEN, DYER, DOPPELT,
  MILBRATH & CHRIST, P.A.
255 South Orange Avenue, Suite 1401
P.O. Box 3791
Orlando, FL  32802
(407) 841-2330

January 30, 2007
719130

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Donald J. Detweiler
    GREENBERG TRAURIG, LLP

    Steven J. Balick
    ASHBY & GEDDES

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 30, 2007 upon the following individuals in the manner indicated:

**BY HAND**

    Donald J. Detweiler
    GREENBERG TRAURIG, LLP
    1007 North Orange Street, Suite 1200
    Wilmington, DE  19801

    Steven J. Balick
    ASHBY & GEDDES
    500 Delaware Avenue, 8th Floor
    Wilmington, DE  19801

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

719130