IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, ) ) ) Plaintiffs, ) ) v. ) ) CIF LICENSING, LLC, D/B/A GE LICENSING, ) WELLS MANUFACTURING CORP., ) TADITEL US, INC., and WETHERILL ) ASSOCIATES, INC., ) ) Defendants. ) | C.A. No. 06-785-*** |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT CIF LICENSING, LLC d/b/a GE LICENSING TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant CIF Licensing, LLC d/b/a GE Licensing shall answer, move, or otherwise respond to the complaint in the above action is extended through and including February 28, 2007.

| GREENBERG TRAURIG LLP | ASHBY & GEDDES |
|---|---|
| */s/ Titania R. Mack*_____ | */s/ Lauren E. Maguire*_____ |
| Donald J. Detweiler (I.D. #3087) | Steven J. Balick (I.D. #2114) |
| Titania R. Mack (I.D. #4120) | John G. Day (I.D. #2403) |
| The Nemours Building | Lauren E. Maguire (I.D. #4261) |
| 1007 North Orange Street, Suite 1200 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| 302-661-7000 | Wilmington, Delaware 19899 |
| | 302-654-1888 |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendant,* |
| | *CIF Licensing, LLC, d/b/a GE Licensing* |

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge