IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 06-785-*** |
| CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Stephen D. Milbrath and Robert H. Thornburg to represent defendant Wetherill Associates, Inc. in this matter. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Thomas C. Grimm
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Defendant Wetherill Associates, Inc.*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____      _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of Florida, the United States Supreme Court, the United States Court of Appeals for the Federal, Fifth and Eleventh Circuits, and the United States District Courts for the Northern and Middle Districts of Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: 2/19/07

Stephen D. Milbrath
ALLEN, DYER, DOPPELT,
 MILBRATH & CHRIST, P.A.
255 South Orange Avenue, Suite 1401
P.O. Box 3791
Orlando, FL 32802
Phone: (407) 841-2330
Fax: (407) 841-2343

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of Florida and Illinois, the United States Patent & Trademark Office, the United States District Courts for the Middle and Northern Districts of Florida, and the Northern District of Illinois, and the United States Courts of Appeals for the Federal, Seventh and Eleventh Circuits, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: 2/15/07

Robert H. Thornburg
ALLEN, DYER, DOPPELT,
  MILBRATH & CHRIST, P.A.
255 South Orange Avenue, Suite 1401
P.O. Box 3791
Orlando, FL 32802
Phone: (407) 841-2330
Fax: (407) 841-2343

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Donald J. Detweiler
>GREENBERG TRAURIG, LLP
>
>Steven J. Balick
>ASHBY & GEDDES

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 20, 2007, upon the following individuals in the manner indicated:

**BY HAND**

>Donald J. Detweiler
>GREENBERG TRAURIG, LLP
>1007 North Orange Street, Suite 1200
>Wilmington, DE 19801
>
>Steven J. Balick
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

733561