IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC., )<br><br>Defendants. ) | C.A. No. 06-785-*** |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT CIF LICENSING, LLC d/b/a GE LICENSING TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant CIF Licensing, LLC d/b/a GE Licensing shall answer, move, or otherwise respond to the complaint in the above action is extended through and including March 30, 2007.

GREENBERG TRAURIG LLP                                          ASHBY & GEDDES

*/s/ Titania R. Mack*                                                              */s/ Lauren E. Maguire*
Donald J. Detweiler (I.D. #3087)                                   Steven J. Balick (I.D. #2114)
Titania R. Mack (I.D. #4120)                                        John G. Day (I.D. #2403)
The Nemours Building                                                 Lauren E. Maguire (I.D. #4261)
1007 North Orange Street, Suite 1200                       500 Delaware Avenue, 8th Floor
Wilmington, DE 19801                                                P.O. Box 1150
302-661-7000                                                                Wilmington, Delaware 19899
                                                                                      302-654-1888
*Attorneys for Plaintiffs*

*Attorneys for Defendant,*
*CIF Licensing, LLC, d/b/a GE Licensing*

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge