IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 06-785-*** |
| CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT CIF LICENSING, LLC d/b/a GE LICENSING TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant CIF Licensing, LLC d/b/a GE Licensing shall answer, move, or otherwise respond to the complaint in the above action is extended through and including April 30, 2007.

| GREENBERG TRAURIG LLP | ASHBY & GEDDES |
|---|---|
| */s/ Donald J. Detweiler* | */s/ Lauren E. Maguire* |
| Donald J. Detweiler (I.D. #3087) | Steven J. Balick (I.D. #2114) |
| Titania R. Mack (I.D. #4120) | John G. Day (I.D. #2403) |
| The Nemours Building | Lauren E. Maguire (I.D. #4261) |
| 1007 North Orange Street, Suite 1200 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| 302-661-7000 | Wilmington, Delaware 19899 |
| | 302-654-1888 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant, CIF Licensing, LLC, d/b/a GE Licensing* |

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge