IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.,<br><br>Defendants. | C.A. No. 06-785-*** |

## ENTRY OF APPEARANCE

Please enter the appearance of Jeffrey B. Bove on behalf of Defendant, Wells Manufacturing Corp.

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey B. Bove, Esquire (#998)
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
302-658-9141

Dated: April 3, 2007

## CERTIFICATE OF SERVICE

I, hereby certify on this 3rd day of April, 2007 I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Donald J. Detweiler (I.D. #3087)
Titania R. Mack (I.D. #4120)
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
302-661-7000

                                                       CONNOLLY BOVE LODGE & HUTZ LLP

                                                       _____
                                                       Jeffrey B. Bove, Esquire (#998)
                                                       The Nemours Building
                                                       1007 N. Orange Street
                                                       P. O. Box 2207
                                                       Wilmington, DE 19899
                                                       jbove@cblh.com

530977