IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-785-***<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

Please enter the appearance of Dana K. Hammond on behalf of Defendant, Wells Manufacturing Corp.

                                                      CONNOLLY BOVE LODGE & HUTZ LLP

                                                      /s/ Dana K. Hammond
                                                      Dana K. Hammond (#4869)
                                                      Connolly Bove Lodge & Hutz LLP
                                                      1007 N. Orange Street
                                                      P.O. Box 2207
                                                      Wilmington, DE 19899-2207
                                                      (302) 658-9141

Dated: April 3, 2007

## CERTIFICATE OF SERVICE

I, hereby certify on this 3rd day of April, 2007 I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Donald J. Detweiler (I.D. #3087)
Titania R. Mack (I.D. #4120)
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
302-661-7000

                              CONNOLLY BOVE LODGE & HUTZ LLP

                              */s/ Dana K. Hammond*
                              Dana K. Hammond (#4869)
                              Connolly Bove Lodge & Hutz LLP
                              1007 N. Orange Street
                              P.O. Box 2207
                              Wilmington, DE 19899-2207
                              dhammond@cblh.com

530982