IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-785-***<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT WELLS MANUFACTURING CORP. TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant Wells Manufacturing Corp. shall answer, move, or otherwise respond to the complaint in the above action is extended through and including April 30, 2007.

| GREENBERG TRAURIG LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| _/s/ Donald J. Detweiler_ | _/s/ Jeffrey B. Bove_ |
| Donald J. Detweiler (I.D. #3087) | Jeffrey B. Bove, Esquire (#998) |
| Titania R. Mack (I.D. #4120) | Dana K. Hammond (#4869) |
| The Nemours Building | The Nemours Building |
| 1007 North Orange Street, Suite 1200 | 1007 N. Orange Street |
| Wilmington, DE 19801 | P. O. Box 2207 |
| 302-661-7000 | Wilmington, DE 19899 |
| | 302-658-9141 |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendant,* |
| Dated: April 3, 2007 | *Wells Manufacturing Corp.* |

SO ORDERED this _____ day of _____, 2007.

530948_1

_____
United States Magistrate Judge