IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING, )<br>WELLS MANUFACTURING CORP., )<br>TADITEL US, INC., and WETHERILL )<br>ASSOCIATES, INC. )<br>)<br>Defendants, )<br>) | Civil Action No. 06-785 (***) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions pro hac vice of Christopher M. Joe, Esquire and Russell DePalma, Esquire, of the law firm of Greenberg Traurig, LLP, to represent the Plaintiffs.

Dated: April 30, 2007

_____
Donald J. Detweiler (No. 3087)
Titiania R. Mack (No. 4120)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 661-7000

Attorneys for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions pro hac vice is granted.

Dated: _____, 2007

_____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, the U.S. District Courts for the Southern, Northern, Eastern and Western Districts of Texas and the U.S. Courts of Appeals for the 5th and Federal Circuits and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Christopher M. Joe, Esquire
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, the U.S. District Courts for the Northern and Eastern Districts of Texas and the U.S. Courts of Appeals for the Fifth and Ninth Circuits and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Russell DePalma, Esquire
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201