IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 06-785-*** |

**ANSWER, COUNTERCLAIM AND DEMAND**
**FOR JURY TRIAL OF DEFENDANT GE LICENSING**

Defendant GE Licensing ("GE") answers Remy, Inc., Unit Parts Company, and Worldwide Automotive, LLC's (collectively "Plaintiffs") Complaint for Declaratory Judgment as follows:

**PARTIES, JURISDICTION AND VENUE**

1. Admitted.

2. GE lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2, and on that basis denies the same.

3. GE lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3, and on that basis denies the same.

4. Admitted.

5. GE lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5, and on that basis denies the same.

6.	GE lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6, and on that basis denies the same.

7.	GE lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7, and on that basis denies the same.

8.	Admitted.

9.	GE admits that it resides in this district and venue is proper with respect to GE with respect to this litigation only.  GE lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 9, and on that basis denies the same.

## CAUSES OF ACTION

### Count One: All Plaintiffs vs. GE Licensing for Declaratory Judgment

10.	Admitted.

11.	Admitted.

12.	Admitted.

13.	GE lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13, and on that basis denies the same.

14.	GE admits the allegations of this paragraph with respect to Remy, Inc.  GE lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegation, and on that basis denies the same.

15.	Denied.

16.	Denied.

17.	No response from GE is required.

### Counts Two through Four

18-29.	No answer by GE is required to the allegations of ¶¶ 18-29.

## GE's COUNTERCLAIM

Defendant GE, for its Counterclaim against Remy, Inc., states as follows:

### Jurisdiction

1. This Counterclaim arises under the United States patent laws. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338, and 1367.

### Factual Background

2. GE is the owner of all right, title, and interest in and to United States Patent No. 4,733,159 ("the '159 patent") by assignment, with the right to recover damages for all past infringement of the patent. The '159 patent was duly and legally issued March 22, 1988.

3. Plaintiff Remy, Inc. is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business and home office at 2902 Enterprise Drive, Anderson, Indiana 46013.

4. Plaintiff Remy, Inc. operates as a manufacturer and re-manufacturer of original equipment and aftermarket electrical components for automobiles, light trucks, medium and heavy duty trucks and other heavy duty vehicles, including alternators containing voltage regulator units. Plaintiff Remy, Inc. sells such components to original equipment manufacturers and dealers, automotive retail chains and warehouse distributors in North America, Europe, Latin America, and the Asia-Pacific region.

### COUNT I (Patent Infringement)

5. On information and belief, the above-mentioned activities by Plaintiff Remy, Inc. have amounted to infringement, directly, by inducement, and/or by contributing to the infringement, of United States Patent No. 4,733,159 ("the '159 patent).

6.  On information and belief, Remy, Inc. is infringing the '159 patent willfully and with knowledge.  On information and belief, Remy, Inc. will continue to infringe the '159 patent unless enjoined by this Court.

7.  As a result of Remy, Inc.'s infringing conduct, GE has been damaged and will continue to suffer irreparable harm without the issuance of an injunction by this Court.

8.  Remy, Inc.'s willful infringement of the '159 patent and other conduct make this an exceptional case under 35 U.S.C. § 285.

## REQUESTED RELIEF

WHEREFORE, GE respectfully requests that this Court order judgment in its favor on the Counterclaim set forth above, and award it relief including, but not limited to, the following:

(a)  Dismissal of all of Remy, Inc.'s claims against GE with prejudice;

(b)  A finding that Remy, Inc. has infringed, induced others to infringe and/or committed acts of contributing infringement of the '159 patent under 35 U.S.C. § 271.

(c)  An injunction preventing Remy, Inc. and its subsidiaries, agents, officers, and employees, and all others acting in concert with them, from infringing, inducing infringement, and contributing to the infringement of the '159 patent.

(d)  An order awarding GE an amount that adequately compensates GE for Remy, Inc.'s infringement, including lost profits (and/or a reasonable royalty), treble damages, court costs, pre-judgment interest, post-judgment interest and attorney's fees under 35 U.S.C. §§ 284 and 285.

Such other and further relief as this Court may deem just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

GE hereby demands a trial by jury on all issues triable to a jury.

- 5 -

        ASHBY & GEDDES

        /s/ *Lauren E. Maguire*

        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Lauren E. Maguire (I.D. #4261)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899
        302-654-1888
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com
        lmaguire@ashby-geddes.com

        *Attorneys for Defendant*
        *CIF Licensing, LLC, d/b/a/ GE Licensing*

*Of Counsel:*

Bradford Lyerla
Jeffrey H. Dean
Scott Sanderson
MARSHALL GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL  60606-6357
(312) 474-6300

Dated:  April 30, 2007
180108.1