IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CIF LICENSING, LLC, D/B/A GE LICENSING, )<br>WELLS MANUFACTURING CORP., )<br>TADITEL US, INC., and WETHERILL )<br>ASSOCIATES, INC. )<br>)<br>Defendants, )<br>) | Civil Action No. 06-785 (***) |

## PRAECIPE

TO:   Clerk of the Court
District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

PLEASE RE-ISSUE AN Alias Summons in the United States District Court, for the above referenced action for re-service of the Alias Summons and Complaint on the correct address for the party listed below:

Taditel U.S., Inc.
c/o Secretary of State
401 Federal Street
Dover, DE 19901

Dated: May 2, 2007

GREENBERG TRAURIG LLP

Donald J. Detweiler (#3087)
Titania R. Mack (#4120)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
Tel.:  (302) 661-7000
Fax:  (302) 661 7390

*Attorneys for Plaintiffs*

EL 86178202v1 5/2/2007

OF COUNSEL:

Christopher M. Joe (Texas Bar No. 00787770)
Russell J. DePalma (Texas Bar No. 00795318)
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Tel.: (214) 655-3600
Fax: (214) 665.3601