# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

| | |
|---|---|
| WELLS MANUFACTURING CORP., ) <br> ) <br> ) <br> Third-Party Plaintiff, ) <br> v. ) <br> ) <br> STMICROELECTRONICS, INC., ) <br> ) <br> Third-Party Defendant. ) | **THIRD PARTY SUMMONS IN A CIVIL CASE** <br><br> C.A. No. 06-785-*** |

TO:   STMicroelectronics, Inc.
c/o Registered Agent
The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon

| PLAINTIFF'S ATTORNEYS | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY |
|---|---|
| Jeffrey B. Bove (#998) <br> Dana K. Hammond (#4869) <br> Connolly Bove Lodge & Hutz LLP <br> The Nemours Building <br> 1007 North Orange Street <br> Wilmington, DE 19899 | Donald J. Detweiler <br> GREENBERG TRAURIG, LLP <br> The Nemours Building <br> 1007 North Orange Street, Suite 1200 <br> Wilmington, DE 19801 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of the plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                          5/1/07
CLERK                                                         DATE

_[signature]_
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/1/07 |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: STMICROELECTRONICS, INC C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE  COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/1/07
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

SERVED :
THIRD PARTY SUMMONS & WELLS MANUFACTURING CORP'S ANSWER,
COUNTERCLAIMS & THIRD PARTY COMPLAINT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.