# UNITED STATES DISTRICT COURT

## District of Delaware

| | |
|---|---|
| **REMY, INC., UNIT PARTS CO. AND WORLDWIDE AUTOMOTIVE LLC.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**CIF LICENSING, LLC, d/b/a GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.,**<br><br>    **Defendants.** | <u>**ALIAS**</u> **SUMMONS IN A CIVIL CASE**<br><br><br><br><br><br>CASE NUMBER: 06-785 |

TO: (Name and address of Defendant)

    Taditel U.S., Inc.
    c/o Secretary of State
    401 Federal Street
    Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

    Donald J. Detweiler, Esq.
    GREENBERG TRAURIG LLP
    The Nemours Building
    1007 North Orange Street
    Suite 1200
    Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ___**20**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve upon the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**　　　　　　　　　　　　　　　　MAY 0 3 2007
CLERK　　　　　　　　　　　　　　　　　　　　　　　Date

_(signature)_
(By) DEPUTY CLERK

DEL 86164925v2 5/2/2007

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE 5/4/07 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS || TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: TADITEL U.S., INC C/O THE DELAWARE SECRETARY OF STATE DOVER, DE COPIES THEREOF WERE ACCEPTED BY KAREN CHARBANEAU

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/4/07
    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.