UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 06-785-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| WELLS MANUFACTURING CORP.,<br><br>    Counterclaimant,<br><br>    v.<br><br>REMY, INC.,<br><br>    Counterdefendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| WELLS MANUFACTURING CORP.,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>STMICROELECTRONICS, INC.,<br><br>    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**WELLS MANUFACTURING CORP.'S RULE 7.1 STATEMENT**

1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Counterclaimant, and Third-Party Plaintiff Wells Manufacturing Corp. is a wholly-owned subsidiary of United Components, Inc.

Respectfully submitted,

By: /s/ Jeffrey B. Bove
    Jeffrey B. Bove, Esquire (#998)
    Dana K. Hammond (#4869)
    CONNOLLY BOVE LODGE & HUTZ, LLP
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, DE 19899
    302-658-9141

OF COUNSEL:
Holiday W. Banta
WOODARD, EMHARDT, MORIARTY,
  MCNETT & HENRY LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137
317-634-3456

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wells Manufacturing Corp.*

DATED: May 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2007, I electronically filed the foregoing WELLS MANUFACTURING CORP.'S RULE 7.1 STATEMENT with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| **Via Hand Delivery**<br>Donald J. Detweiler<br>Titania R. Mack<br>GREENBERG TRAURIG, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>districtcourtdel@gtlaw.com | **Via Hand Delivery**<br>Steven J. Balick<br>ASHBY & GEDDES<br>500 Delaware Avenue,<br>8th Floor<br>Wilmington, DE 19801 |
| **Via Hand Delivery**<br>Thomas C. Grimm<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>tcgefiling@mnat.com | |

OF COUNSEL:
Holiday W. Banta
WOODARD, EMHARDT, MORIARTY,
MCNETT & HENRY LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137
317-634-3456

By: /s/ Jeffrey B. Bove
Jeffrey B. Bove, Esquire (#998)
Dana K. Hammond (#4869)
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
302-658-9141

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wells Manufacturing Corp.*

DATED: May 10, 2007
538450