UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC.,<br>UNIT PARTS COMPANY, and<br>WORLDWIDE AUTOMOTIVE, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING,<br>WELLS MANUFACTURING CORP.,<br>TADITEL US, INC., and<br>WETHERILL ASSOCIATES, INC.,<br><br>    Defendants. | C.A. No. 06-785-*** |
| WELLS MANUFACTURING CORP.,<br><br>    Counterclaimant,<br><br>    v.<br><br>REMY, INC.,<br><br>    Counterdefendant. | |
| WELLS MANUFACTURING CORP.,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>STMICROELECTRONICS, INC.,<br><br>    Third-Party Defendant. | |

**WELLS MANUFACTURING CORP.'S JURY TRIAL DEMAND**

Defendant, Counterclaimant, and Third-Party Plaintiff Wells Manufacturing Corp. hereby demands a trial by jury on its Counterclaim and Third-Party Complaint for all issues so triable pursuant to Fed. R. Civ. P. 38.

Respectfully submitted,

By: /s/ Jeffrey B. Bove

| | |
|---|---|
| OF COUNSEL:<br>Holiday W. Banta<br>WOODARD, EMHARDT, MORIARTY,<br>MCNETT & HENRY LLP<br>111 Monument Circle, Suite 3700<br>Indianapolis, IN 46204-5137<br>317-634-3456 | Jeffrey B. Bove, Esquire (#998)<br>Dana K. Hammond (#4869)<br>CONNOLLY BOVE LODGE & HUTZ, LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>302-658-9141<br><br>*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wells Manufacturing Corp.* |

DATED: May 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2007, I electronically filed the foregoing WELLS MANUFACTURING CORP.'S JURY TRIAL DEMAND with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Via Hand Delivery**
Donald J. Detweiler
Titania R. Mack
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
districtcourtdel@gtlaw.com

**Via Hand Delivery**
Steven J. Balick
ASHBY & GEDDES
500 Delaware Avenue,
8th Floor
Wilmington, DE 19801

**Via Hand Delivery**
Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tcgefiling@mnat.com

OF COUNSEL:
Holiday W. Banta
WOODARD, EMHARDT, MORIARTY,
MCNETT & HENRY LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137
317-634-3456

By: /s/ Jeffrey B. Bove
Jeffrey B. Bove, Esquire (#998)
Dana K. Hammond (#4869)
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
302-658-9141

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wells Manufacturing Corp.*

DATED: May 10, 2007
538290