IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-785-*** |
| v. | ) ) ) | |
| CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| WELLS MANUFACTURING CORP., | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| REMY, INC., | ) ) | |
| Counterdefendant. | ) ) | |
| WELLS MANUFACTURING CORP., | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| STMICROELECTRONICS, INC., | ) ) | |
| Third-Party Defendant. | ) ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by Third-Party Plaintiff Wells Manufacturing

Corp. and Third-Party Defendant STMicroelectronics, Inc., subject to the approval of the Court, that STMicroelectronics, Inc.'s time in which to move, plead, or otherwise respond to Wells Manufacturing Corp.'s Third-Party Complaint (D.I. 24) in this action is hereby extended to June 20, 2007.

| Connolly, bove, lodge & hutz | Young, Conaway, Stargatt & Taylor, LLP |
|---|---|
| /s/ Jeffrey B. Bove | /s/ Monté T. Squire |
| Jeffrey B. Bove (No. 998) | John W. Shaw (No. 3362) |
| Dana K. Hammond (No. 4869) | Adam W. Poff (No. 3990) |
| 1007 North Orange Street | Monté T. Squire (No. 4764) |
| P.O. Box 2207 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| (302)-658-9141 | Wilmington, Delaware 19801 |
| jbove@cblh.com | (302) 571-6600 |
| dhammond@cblh.com | apoff@ycst.com |
| | msquire@ycst.com |
| *Attorneys for Third-Party Plaintiff Wells Manufacturing Corp.* | *Attorneys for Third-Party Defendant STMicroelectronics, Inc.* |

IT IS SO ORDERED this ____ day of _____, 2007.

United States District Court Judge