IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC <br><br> Plaintiffs, <br><br> v. <br><br> CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC. <br><br> Defendants, | Civil Action No. 06-785 (***) |

## AFFIDAVIT OF MAILING

1.  I am the attorney for Plaintiffs.

2.  Defendant, Taditel U.S., Inc. ("Taditel"), is an Indiana corporation, which, on information and belief, accepts service through its registered agent James Wehrly at 720 West 8th Street, Anderson, Indiana 46016.

3.  On May 7, 2007, I caused to be mailed to defendant Taditel by Registered and Certified United States Mail, a copy of the complaint and accompanying documents served on the Secretary of State along with a statement that service was made on the Secretary of State and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon such non-resident personally within the State.

4.  On May 7, 2007, I received a receipt for Registered Mail from the United States Postal Service (the "Receipt"). The Receipt, a copy of which is attached as **Exhibit A**, is the receipt obtained at the time of the mailing to Taditel.

5. On May 22, 2007, the return receipt (the "Return Receipt") was returned to Plaintiffs by the United States Postal Service. It was signed by Cathy Noble and dated May 14, 2007. Copies of the front and back of the Return Receipt is attached as **Exhibit B**.

GREENBERG TRAURIG LLP

Donald J. Detweiler (#3087)
Titania R. Mack (#4120)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
(302) 661-7000

*Attorneys for Plaintiffs*

Dated: May 23, 2007

SWORN TO AND SUBSCRIBED before me this 23rd day of May, 2007.

NOTARY PUBLIC

[Notary seal: ELIZABETH C. THOMAS, COMMISSION EXPIRES DEC. 22, 2008, NOTARY PUBLIC, STATE OF DELAWARE]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.<br><br>Defendants, | Civil Action No. 06-785 (***) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007 a copy of the foregoing Plaintiffs' Affidavit of Mailing was served upon the following in the manner indicated:

*Via First Class Mail:*

Taditel U.S., Inc.
c/o James Wehrly
720 West 8th Street
Anderson, IN 46016

GREENBERG TRAURIG LLP

_____
Donald J. Detweiler (#3087)
Titania R. Mack (#4120)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Tel.: (302) 661-7000
Fax: (302) 661 7390

*Attorneys for Plaintiffs*

Dated: May 23, 2007

DEL 86183713v1 5/23/2007

# EXHIBIT A



# EXHIBIT B



