IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-785-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiffs and Defendant Taditel US, Inc. hereby stipulate, subject to the approval of the Court, that Taditel US, Inc.'s time to answer, move or otherwise respond to the Complaint in this action is extended to June 29, 2007.

GREENBERG TRAURIG LLP                    POTTER ANDERSON & CORROON LLP

By:  /s/ Donald J. Detweiler                By:  /s/ David E. Moore
    Donald J. Detweiler (#3087)                  Kevin R. Shannon (#3137)
    Titania R. Mack (#4120)                      David E. Moore (#3983)
    The Nemours Building                         Hercules Plaza, 6th Floor
    1007 North Orange Street, Suite 1200         1313 N. Market Street
    Wilmington, DE  19801                        P. O. Box 951
    (302) 661-7000                               Wilmington, DE  19899
    districtcourtdel@gtlaw.com                   (302) 984-6000
                                                 kshannon@potteranderson.com
*Attorneys for Plaintiffs Remy, Inc.,*           dmoore@potteranderson.com
*Unit Parts Company, and Worldwide*
*Automotive, LLC*                                *Attorneys for Defendant Taditel US, Inc.*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

797868

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 29, 2007, the attached document was electronically mailed and hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

| | |
|---|---|
| Donald J. Detweiler<br>Titania R. Mack<br>Greenberg Traurig LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>districtcourtdel@gtlaw.com<br>mackt@gtlaw.com | Steven J. Balick<br>John G. Day<br>Lauren E. Maguire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| Thomas C. Grimm<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>tgrimm@mnat.com | Jeffrey B. Bove<br>Dana K. Hammond<br>Connolly Bove Lodge & Hutz, LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>jbove@cblh.com<br>dhammond@cblh.com |

Adam W. Poff
Monté T. Squire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
apoff@ycst.com
msquire@ycst.com

I hereby certify that on May 29, 2007, I have Electronically Mailed the documents to the following:

Stephen D. Milbrath
Robert H. Thornburg
Allen, Dyer, Doppelt, Milbrath
 & Christ, P.A.
255 South Orange Avenue, Suite 1401
P.O. Box 3791
Orlando, FL 32802
smilbrath@addmg.com
rthornburg@addmg.com

Holiday W. Banta
Woodard, Emhardt, Moriarty, McNett
 & Henry LLP
111 Monumnet Circle, Suite 3700
Indianapolis, IN 46204-5137
hbanta@world-ip.com

I hereby certify that on May 29, 2007, I have Mailed the documents to the following:

Christopher M. Joe
Russell J. DePalma
Greenberg Traurig LLP
2200 Ross Avenue, Suite 4200
Dallas, TX 75201

By: /s/ David E. Moore
Kevin R. Shannon (#3137)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com