IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-785-***<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John D. Ritchison of Ritchison Law Offices, PC, 115 East Ninth Street – Suite A, Anderson, IN 46016, to represent defendant Taditel US, Inc., in this matter.

                                            POTTER ANDERSON & CORROON LLP

                                            By:  */s/ David E. Moore*
                                                  Kevin R. Shannon (#3137)
                                                  David E. Moore (#3983)
                                                  Hercules Plaza, 6th Floor
                                                  1313 N. Market Street
                                                  P. O. Box 951
                                                  Wilmington, DE 19899
                                                  (302) 984-6000
                                                  kshannon@potteranderson.com
                                                  dmoore@potteranderson.com

Dated: May 30, 2007
798323/31872

                                            *Attorneys for Defendant Taditel US, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____       _____
                            United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Indiana, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 30, 2007        Signed:    */s/ John D. Ritchison*
                                     John D. Ritchison
                                     Ritchison Law Offices, PC
                                     115 East Ninth Street – Suite A
                                     Anderson, Indiana, 46016-1509
                                     Tel. 765-640-4134
                                     Fax. 765-374-3539

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 30, 2007, the attached document was electronically mailed and hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Donald J. Detweiler
Titania R. Mack
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
districtcourtdel@gtlaw.com
mackt@gtlaw.com

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com

Jeffrey B. Bove
Dana K. Hammond
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
jbove@cblh.com
dhammond@cblh.com

Adam W. Poff
Monté T. Squire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
apoff@ycst.com
msquire@ycst.com

I hereby certify that on May 30, 2007, I have Electronically Mailed the documents to the following:

Stephen D. Milbrath
Robert H. Thornburg
Allen, Dyer, Doppelt, Milbrath
  & Christ, P.A.
255 South Orange Avenue, Suite 1401
P.O. Box 3791
Orlando, FL 32802
smilbrath@addmg.com
rthornburg@addmg.com

Holiday W. Banta
Woodard, Emhardt, Moriarty, McNett
  & Henry LLP
111 Monumnet Circle, Suite 3700
Indianapolis, IN 46204-5137
hbanta@world-ip.com

I hereby certify that on May 30, 2007, I have Mailed the documents to the following:

Christopher M. Joe
Russell J. DePalma
Greenberg Traurig LLP
2200 Ross Avenue, Suite 4200
Dallas, TX 75201

By:   */s/ David E. Moore*
    Kevin R. Shannon (#3137)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    kshannon@potteranderson.com
    dmoore@potteranderson.com