IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-785-*** |
| v. | ) ) | |
| CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| WELLS MANUFACTURING CORP., | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| REMY, INC., | ) ) | |
| Counterdefendant. | ) ) | |
| WELLS MANUFACTURING CORP., | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| STMICROELECTRONICS, INC., | ) ) | |
| Third-Party Defendant. | ) ) ) | |

**THIRD-PARTY DEFENDANT**
**STMICROELECTRONICS, INC.'S MOTION TO DISMISS OR STAY**

065770.1001

Third-party defendant STMicroelectronics, Inc., by and through its undersigned counsel, hereby moves this Court for entry of an order dismissing the claims of third-party plaintiff Wells Manufacturing Corp. ("Wells") pursuant to Federal Rule of Civil Procedure 12(b)(6) and/or the *Colorado River* doctrine. In the alternative, STMicroelectronics moves this Court for entry of an order staying Wells' claims pursuant to the *Colorado River* doctrine. The grounds for this motion are fully set forth in STMicroelectronics' opening brief in support of this motion, filed contemporaneously herewith. Proposed forms of order for the relief sought are attached hereto.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
msquire@ycst.com

*Attorneys for Third-Party Defendant,*
*STMicroelectronics, Inc.*

Dated: June 20, 2007

065770.1001

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on June 20, 2007, a true and correct copy of the

foregoing document was filed with the Clerk of the Court using CM/ECF which will send

notification that such filing is available for viewing and downloading to the following counsel of

record:

Thomas C. Grimm, Esq.
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801

Jeffrey Bove, Esq.
Dana K. Hammond, Esq.
CONNOLLY, BOVE, LODGE & HUTZ
1107 N. Orange Street
Wilmington, DE 19801

Donald J. Detweiler, Esq.
Titania R. Mack, Esq.
GREENBURG TRAURIG LLP
1007 N. Orange St., Ste. 1200
Wilmington, DE 19801

Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. McGuire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

David E. Moore, Esq.
POTTER ANDERSON & CORROON,
LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801

I further certify that on June 20, 2007, I caused copies of the foregoing document to be

served by hand delivery on the above-listed counsel and on the following counsel of record as

indicated.

BY U.S. MAIL

Bradford Lyerla, Esq.
Jeffrey Dean, Esq.
Scott Sanderson, Esq.
MARSHALL GERSTEIN & BROUN LLP
233 S. Wacker Dr.
6300 Sears Tower
Chicago, IL 60606

Stephen Milbrath, Esq.
ALLEN DYER DOPPLET MILBRATH
& CHRIST, PA
255 S. Orange Avenue, Ste. 1401
Orlando, FL 32802

Holiday Banta, Esq.
WOODARD EMHARDT MORIARTY
MCNETT & HENRY LLP
111 Monument Circle, Ste. 3700
Indianapolis, IN 46204

YOUNG CONAWAY STARGATT & TAYLOR, LLP


_____ */s/ Adam W. Poff* _____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*apoff@ycst.com*
Attorneys for STMicroelectronics, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-785-*** |
| v. | ) ) | |
| CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| ——————————————— | ) ) | |
| WELLS MANUFACTURING CORP., | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| REMY, INC., | ) ) | |
| Counterdefendant. | ) ) | |
| ——————————————— | ) ) | |
| WELLS MANUFACTURING CORP., | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| STMICROELECTRONICS, INC., | ) ) | |
| Third-Party Defendant. | ) ) | |
| ——————————————— | ) | |

**ORDER**

065770.1001

At Wilmington this ___ day of _____, 2007, having considered third-party defendant's motion to dismiss or stay and third-party plaintiff's response thereto, IT IS HEREBY ORDERED that third-party plaintiff's claims are dismissed with prejudice.

_____

U.S.D.J.

DB02:6055487.1                                                    065770.1001

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-785-*** |
| v. | ) ) | |
| CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| ———————————————— | ) | |
| WELLS MANUFACTURING CORP., | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| REMY, INC., | ) ) | |
| Counterdefendant. | ) ) | |
| ———————————————— | ) | |
| WELLS MANUFACTURING CORP., | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| STMICROELECTRONICS, INC., | ) ) | |
| Third-Party Defendant. | ) ) | |
| ———————————————— | ) | |

**ORDER**

065770.1001

At Wilmington this ___ day of _____, 2007, having considered third-party defendant's motion to dismiss or stay and third-party plaintiff's response thereto, IT IS HEREBY ORDERED that third-party plaintiff's claims are stayed until further notice from this Court.

_____
U.S.D.J.

2