IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.<br><br>Defendants. | C.A. No. 06-785-*** |

## STIPULATION FOR EXTENSION OF TIME

Plaintiffs and Defendant Taditel US, Inc. hereby stipulate, subject to the approval of the Court, that Taditel US, Inc.'s time to answer, move or otherwise respond to the Complaint in this action is extended to July 3, 2007.

| GREENBERG TRAURIG LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Donald J. Detweiler<br>Donald J. Detweiler (#3087)<br>Titania R. Mack (#4120)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7000<br>districtcourtdel@gtlaw.com<br><br>*Attorneys for Plaintiffs Remy, Inc., Unit Parts Company, and Worldwide Automotive, LLC* | By: /s/ David E. Moore<br>Kevin R. Shannon (#3137)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>kshannon@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant Taditel US, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

804782

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 29, 2007, the attached document was electronically mailed and hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Donald J. Detweiler
Titania R. Mack
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
districtcourtdel@gtlaw.com
mackt@gtlaw.com

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com

Jeffrey B. Bove
Dana K. Hammond
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
jbove@cblh.com
dhammond@cblh.com

Adam W. Poff
Monté T. Squire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
apoff@ycst.com
msquire@ycst.com

I hereby certify that on June 29, 2007, I have Electronically Mailed the documents to the following:

Christopher M. Joe
Brian Carpenter
Russell J. DePalma
Greenberg Traurig LLP
2200 Ross Avenue, Suite 4200
Dallas, TX 75201
joec@gtlaw.com
carpenterb@gtlaw.com
depalmar@gtlaw.com

Holiday W. Banta
Woodard, Emhardt, Moriarty, McNett
  & Henry LLP
111 Monumnet Circle, Suite 3700
Indianapolis, IN 46204-5137
hbanta@world-ip.com

Stephen D. Milbrath
Robert H. Thornburg
Allen, Dyer, Doppelt, Milbrath
  & Christ, P.A.
255 South Orange Avenue, Suite 1401
P.O. Box 3791
Orlando, FL 32802
smilbrath@addmg.com
rthornburg@addmg.com

Bradford Lyerla
Jeffrey Dean
Scott Sanderson
Marshall Gerstein & Borun LLP
223 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
blyerla@marshallip.com
jdean@marshallip.com
ssanderson@marshallip.com

By:  /s/ David E. Moore
    Kevin R. Shannon (#3137)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    kshannon@potteranderson.com
    dmoore@potteranderson.com

798221 / 31872