IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 06-785-*** |
| CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC. | ) ) ) ) ) | |
| Defendants. | ) ) | |

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a), Fed. R. Civ. P., the undersigned counsel for defendant TADITEL US, INC. ("TADITEL") discloses that TADITEL has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John D. Ritchison
Ritchison Law Offices, PC
115 East Ninth Street - Suite A
Anderson, Indiana, 46016-1509
(765) 640-4134

Dated: July 2, 2007
804022 / 31872

By:  /s/ David E. Moore
Kevin R. Shannon (#3137)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Taditel US, Inc.*