UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-785-*** |
| WELLS MANUFACTURING CORP.,<br><br>Counterclaimant,<br><br>v.<br><br>REMY, INC.,<br><br>Counterdefendant. | ) ) ) ) ) ) ) ) ) ) | |
| WELLS MANUFACTURING CORP.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, INC.,<br><br>Third-Party Defendant. | ) ) ) ) ) ) ) ) ) ) ) | |

**WELLS MANUFACTURING CORP.'S REQUEST FOR ORAL ARGUMENT**

Defendant/Counterclaimant/Third-Party Plaintiff Wells Manufacturing Corp., by and through its undersigned counsel, hereby respectfully request that oral argument be heard on

552966-1

*Third-Party Defendant STMicroelectronics, Inc.'s Motion to Dismiss or Stay* [D.I. 38].

|  |  |
|---|---|
| | CONNOLLY BOVE LODGE & HUTZ LLP |
| | /s/ *Jeffrey B. Bove* |
| | Jeffrey B. Bove (#998) |
| | Email: jbove@cblh.com |
| OF COUNSEL: | Dana K. Hammond (#4869) |
| Holiday W. Banta | Email: dhammond@cblh.com |
| WOODARD, EMHARDT | The Nemours Building |
| MORIARTY, MCNETT & HENRY LLP | 1007 North Orange Street |
| 111 Monument Circle, Suite 3700 | P.O. Box 2207 |
| Indianapolis, IN 46204-5137 | Wilmington, DE 19899-2207 |
| (317 )634-3456 | (302) 658-9141 |
| | |
| | *Attorneys for Defendant, Counterclaimant,* |
| | *and Third-Party Plaintiff Wells Manufacturing Corp.* |

DATED: July 17, 2007

552966-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2007, I electronically filed the foregoing WELLS MANUFACTURING CORP.'S REQUEST FOR ORAL ARGUMENT with the Clerk of the Court using CM/ECF to be served upon the below listed in the manner indicated:

| | |
|---|---|
| **Via Hand Delivery**<br>Donald J. Detweiler<br>Greenburg Traurig LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | **Via Hand Delivery**<br>Thomas C. Grimm<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| **Via Hand Delivery**<br>Steven J. Balick<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 | **Via Hand Delivery**<br>Adam W. Poff<br>Monte Squire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |
| **Via Hand Delivery**<br>David E. Moore<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801 | **Via Electronic Mail**<br>Christopher M. Joe<br>Brian Carpenter<br>Russell J. De Palma<br>Greenberg Traurig LLP<br>2200 Ross Avenue, Suite 4200<br>Dallas, TX 75201<br>joec@gtlaw.com<br>carpenterb@gtlaw.com<br>depalmar@gtlaw.com |
| **Via Electronic Mail**<br>Stephen D. Milbrath<br>Robert H. Thornburg<br>Allen, Dyer, Doppelt, Milbrath & Christ, P.A.<br>225 Sourth Orange Avenue, Suite 1401<br>P.O. Box 37941<br>Orlando, FL 32802<br>smilbrath@addmg.com<br>rthornburg@addmg.com | **Via Electronic Mail**<br>Bradford Lyerla<br>Jeffrey Dean<br>Scott Sanderson<br>Marshall Gerstein & Borun LLP<br>223 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606<br>blyerla@marshallip.com<br>jdean@marshallip.com<br>ssanderson@marshallip.com |

552966-1

|  |  |
|---|---|
| | Respectfully submitted, |
| | By: /s/ Jeffrey B. Bove |
| OF COUNSEL: | Jeffrey B. Bove, Esquire (#998) |
| Holiday W. Banta | Dana K. Hammond (#4869) |
| WOODARD, EMHARDT, | CONNOLLY BOVE LODGE & |
| MORIARTY, MCNETT & HENRY LLP | HUTZ, LLP |
| 111 Monument Circle, Suite 3700 | 1007 North Orange Street |
| Indianapolis, IN 46204-5137 | P.O. Box 2207 |
| 317-634-3456 | Wilmington, DE 19899 |
| | 302-658-9141 |

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wells Manufacturing Corp.*

DATED: July 17, 2007

552966-1