IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-785-***<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| WELLS MANUFACTURING CORP.,<br><br>Counterclaimant,<br><br>v.<br><br>REMY, INC.,<br><br>Counterdefendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| WELLS MANFACTURING CORP.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, INC.,<br><br>Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER POSTPONING THE RULE 16 SCHEDULING CONFERENCE, EXTENDING TIME FOR PARTIES TO SUBMIT THE PROPOSED RULE 16 SCHEDULING ORDER, AND EXTENDING THE DATE BY WHICH DEFENDANT CIF LICENSING, LLC d/b/a GE LICENSING MUST FILE ITS REPLY <u>BRIEF IN SUPPORT OF ITS MOTION TO DISMISS</u>**

WHEREAS, the parties' proposed Rule 16 Scheduling Order is due to the Court on August 2, 2007;

WHEREAS, defendant CIF Licensing, LLC d/b/a GE Licensing's ("GE Licensing") reply brief in support of its motion to dismiss is due on August 3, 2007;

WHEREAS, the Rule 16 Scheduling Conference is currently set for August 7, 2007;

WHEREAS, counsel for GE Licensing has suffered an unexpected hospitalization this week; and

WHEREAS, the parties have agreed, subject to the Court's approval, to extend the above dates to allow for GE Licensing's counsel to participate in preparation of the Rule 16 Scheduling Order, scheduling conference, and reply brief in support of GE Licensing's motion to dismiss;

IT IS HEREBY STIPULATED and agreed, subject to the approval and order of the Court, that: (i) the deadline for submission of GE Licensing's reply brief in support of its motion to dismiss is extended to August 10, 2007; (ii) the deadline for submission of the parties' proposed Rule 16 Scheduling Order is extended to August 23, 2007; and (iii) the scheduling conference currently scheduled for August 7, 2007 is postponed to August 28, 2007, or as soon thereafter as the Court can accommodate.

| GREENBERG TRAURIG LLP | ASHBY & GEDDES |
|---|---|
| /s/ Titania R. Mack | /s/ Lauren E. Maguire |
| Donald J. Detweiler (I.D. #3087) | Steven J. Balick (I.D. #2114) |
| Titania R. Mack (I.D. #4120) | John G. Day (I.D. #2403) |
| The Nemours Building | Lauren E. Maguire (I.D. #4261) |
| 1007 North Orange Street, Suite 1200 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| 302-661-7000 | Wilmington, Delaware 19899 |
| detweilerd@gtlaw.com | 302-654-1888 |
| mackt@gtlaw.com | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant, CIF Licensing, LLC, d/b/a GE Licensing* |

| | |
|---|---|
| CONNOLLY, BOVE, LODGE & HUTZ | POTTER ANDERSON & CORROON, LLP |
| /s/ Dana K. Hammond<br>Jeffrey B. Bove (I.D. #998)<br>Dana K. Hammond (I.D. #4869)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 888-6439<br>jbove@cblh.com<br>dhammond@cblh.com<br><br>*Attorneys for Defendant/Counterclaimant,*<br>*Wells Manufacturing Corp.* | /s/ David E. Moore<br>David E. Moore (I.D. #3983)<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant, Taditel US, Inc.* |
| MORRIS, NICHOLS, ARSHT & TUNNELL | YOUNG, CONAWAY, STARGATT & TAYLOR |
| /s/ Thomas C. Grimm<br>Thomas C. Grimm (I.D. #1098)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>tgrimm@mnat.com<br><br>*Attorneys for Defendant,*<br>*Wetherill Associates, Inc.* | /s/ John W. Shaw<br>John W. Shaw (I.D. #3362)<br>Adam W. Poff (I.D. #3990)<br>Monté T. Squire (I.D. #4764)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>jshaw@ycst.com<br>apoff@ycst.com<br>msquire@ycst.com<br><br>*Attorneys for Third-Party Defendant,*<br>*STMicroelectronics, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge