# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6642
DIRECT FAX: (302) 576-3326
apoff@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
(NJ & PA ONLY)
MONTE T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

August 23, 2007

**BY ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

   Re: Remy Inc. et al v. CIF Licensing LLC et al C.A. No. 06-785 MPT

Dear Judge Thynge:

   I write on behalf of third-party defendant STMicroelectronics, Inc. in connection with Your Honor's June 27, 2007 order that the parties meet and confer about scheduling. (D.I. 41)

   STMicroelectronics has moved to dismiss Wells Manufacturing's ("Wells") complaint pursuant to Rule 12(b)(6) and to stay Wells' third-party action[1] in favor of a first-filed state court action between STMicroelectronics and Wells on the exact same issues. STMicroelectronics participated in the discussions regarding proposed dates for a scheduling order, as required by the Court's Order, but respectfully submits that it is premature to enter a scheduling order on Wells' third party claims and that discovery should not proceed on the claims between STMicroelectronics and Wells unless and until STMicroelectronics' motion to dismiss or stay is denied.

   Should the Court disagree and determine that discovery on the third-party claim should proceed at this time, STMicroelectronics believes that a separate scheduling order should be entered to govern the third-party complaint and that separate discovery limits and periods for the third party action are appropriate. We understand that Wells disagrees, even though it has taken

---

[1]  Wells is asking STM to indemnify Wells for indemnity claims made against Wells by plaintiff Remy; Remy in turn is being sued for patent infringement by CIF/GE Licensing.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Mary Pat Thynge
August 23, 2007
Page 2

the opposite position before the court in Texas where it has requested a stay pending a resolution of the underlying patent dispute between CIF/GE Licensing and Remy. Additionally, many of the features of the scheduling order in the primary actions between CIF/GE Licensing, Remy, and Remy's suppliers do not apply to STMicroelectronics, including, for example claim construction and validity.

    Finally, STMicroelectronics consents to Your Honor hearing and deciding STMicroelectronics' motion to dismiss or stay, along with Wells' motion to strike or for leave to file a sur-reply.

Respectfully submitted,

Adam W. Poff (No. 3990)

AWP:hbt

cc:     Clerk of the Court (by electronic filing)
       Thomas C. Grimm, Esquire (by electronic filing)
       Jeffrey Bove, Esquire (by electronic filing)
       Dana K. Hammond, Esquire (by electronic filing)
       Donald J. Detweiler, Esquire (by electronic filing)
       Titania R. Mack, Esquire (by electronic filing)
       Steven J. Balick, Esquire (by electronic filing)
       Lauren E. McGuire, Esquire (by electronic filing)
       David E. Moore, Esquire (by electronic filing)