IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY INC., ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-785-*** |
| | ) |
| CIF LICENSING LLC, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this **7th** day of **September, 2007**,

IT IS ORDERED that a teleconference relating to scheduling order issues (D.I. 57 & 58) has been scheduled for **September 14, 2007 at 11:45 a.m.** with the undersigned. **Counsel for Plaintiffs shall initiate the teleconference.**

Local counsel are reminded of their obligations to inform their out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE