IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE, AUTOMOTIVE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING CORP., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.,<br><br>Defendants. | C.A. No. 06-785*** |
| WELLS MANUFACTURING CORP.,<br><br>Counterclaimant,<br><br>v.<br><br>REMY, INC.,<br><br>Counterdefendant. | |
| WELLS MANUFACTURING CORP.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, INC.,<br><br>Third-Party Defendant. | |

**STIPULATION OF CONSENT TO MAGISTRATE JUDGE THYNGE'S
DETERMINATION OF ALL PENDING MOTIONS**

The parties, through their respective undersigned counsel, hereby consent to the jurisdiction of the presiding magistrate judge to decide on the merits the following three pending

motions in these proceedings: (1) GE Licensing's Motion to Dismiss or in the Alternative to Stay (Docket Item No. 47), (2) STMicroelectronic's Motion to Dismiss pursuant to F.R.C.P. 12(b)(6) and/or the *Colorado River* Doctrine (Docket Item No. 37), and (3) Wells Manufacturing's Motion to Strike Reply Brief, or in the Alternative, for Leave to file a Surreply against Third Party Defendant STMicroelectronics, Inc.'s Reply in Support of its Motion to Dismiss or Stay (Docket Item No. 50).

| | |
|---|---|
| GREENBERG TRAURIG LLP | ASHBY & GEDDES |
| /s/ Titania R. Mack | /s/ Lauren E. Maguire |
| Donald J. Detweiler (I.D. $3087) | Steven J. Balick (I.D. #2114) |
| Titania R. Mack (I. D. #4120) | John G. Day (I.D. #2403) |
| The Nemours Building | Lauren E. Maguire (I.D. #4261) |
| 1007 North Orange Street, Suite 1200 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P. O. Box 1150 |
| 302-661-7000 | Wilmington, Delaware 19899 |
| DETWEILERD@GTLAW.COM | 302-654-1888 |
| MACKT@GTLAW.COM | SBALICK@ASHBY-GEDDES.COM |
| | JDAY@ASHBY-GEDDES.COM |
| | LMAGUIRE@ASHBY-GEDDES.COM |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant, CIF Licensing, LLC d/b/a GE Licensing* |
| CONNOLLY, BOVE, LODGE & HUTZ | POTTER ANDERSON & CORROON, LLP |
| /s/ Dana K. Hammond | /s/ David E. Moore |
| Jeffrey B. Bove (I. D. #988) | David E. Moore (I. D. #3983) |
| Dana K. Hammond (I. D. #4869) | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| 1007 North Orange Street | P. O. Box 951 |
| P. O. Box 2207 | Wilmington, DE 19899-0951 |
| Wilmngton, DE 19899 | (302) 984-6000 |
| (302) 888-6439 | DMOORE@POTTERANDERSON.COM |
| JBOVE@CBLH.COM | |
| DHAMMOND@CBLH.COM | *Attorneys for Defendant, Taditel US., Inc.* |
| *Attorneys for Defendant/Counterclaimant, Wells Manufacturing Corp.* | |

| MORRIS, NICHOLS, ARSHT & TUNNELL | YOUNG, CONAWAY STARGATT & TAYLOR |
|---|---|
| /s/ *Thomas C. Grimm* | /s/ *John W. Shaw* |
| Thomas C. Grimm (I.D. #1098)<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>TGRIMM@MNAT.COM | John W. Shaw (I. D. #3362)<br>Adam W. Poff (I.D. #3990)<br>Monté T. Squire (I.D. #4764)<br>The Brandywine Building<br>10000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>JSHAW@YCST.COM<br>APOFF@YCST.COM<br>MSQUIRE@YCST.COM |
| ***ATTORNEYS FOR DEFENDANT, WETHERILL ASSOCIATES, INC*** | *Attorneys for Third-Party Defendant STMicroelectronics, Inc.* |

Dated: September 17, 2007
184165.1