# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 21, 2007

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Remy, Inc., et al., v. CIF Licensing, LLC, d/b/a GE Licensing, et al.,*
C.A. No. 06-785-\*\*\*

Dear Judge Thynge:

     I am writing as a follow-up to the September 14, 2007 teleconference in the above action, during which Your Honor requested that the parties notify the Court if they were amenable to the Court deciding three pending motions — (1) GE Licensing's Motion to Dismiss or In the Alternative to Stay (D.I. No. 47), (2) STMicroelectronics' Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and/or the *Colorado River* Doctrine (D.I. No. 37), and (3) Wells Manufacturing's Motion to Strike Reply Brief, or in the Alternative, for Leave to File a Surreply Against Third Party Defendant STMicroelectronics, Inc.'s Reply in Support of its Motion to Dismiss or Stay (D.I. No. 50) — in an abbreviated manner. Defendant CIF Licensing, LLC d/b/a GE Licensing consents to the Court's determination of these motions based on abbreviated order, whether oral or written, rather than a full opinion.

Respectfully,

*/s/ Lauren E. Maguire*

Lauren E. Maguire

LEM: nml
184352.1

The Honorable Mary Pat Thynge
September 21, 2007
Page 2

cc:   Donald J. Detweiler, Esquire (via electronic mail)
      Christopher M. Joe, Esquire (via electronic mail)
      Jeffrey B. Bove, Esquire (via electronic mail)
      Holiday W. Banta, Esquire (via electronic mail)
      David E. Moore, Esquire (via electronic mail)
      John D. Ritchison, Esquire (via electronic mail)
      Thomas C. Grimm, Esquire (via electronic mail)
      Stephen D. Milbrath, Esquire (via electronic mail)
      Monté Squire, Esquire (via electronic mail)
      Jeffrey H. Dean, Esquire (via electronic mail)