**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

**Dana K. Hammond**
Associate

TEL (302) 888-6439
FAX (302) 656-9072
EMAIL dhammond@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

September 25, 2007

**VIA ELECTRONIC FILING**
Magistrate Judge Mary Pat Thynge
United States District Court
844 N. King Street
Wilmington, DE 19801

  *Re:* *Remy, Inc., et al. v. d/b/a GE Licensing, et al.*
    *C.A. No. 06-785-\*\*\**

Dear Judge Thynge:

  I write on behalf of Wells Manufacturing, L.P. as a follow-up to the September 14, 2007 teleconference in the above-referenced action. Wells Manufacturing, L.P. consents to the Court deciding the following three pending motions:

  (1) GE Licensing's Motion To Dismiss, Or In The Alternative To Stay [D.I. 47];

  (2) Third-Party Defendant STMicroelectronics' Motion To Dismiss or Stay [D.I. 37]; and

  (3) Wells Manufacturing, L.P.'s Motion To Strike, Or In The Alternative, For Leave To File A Surreply Against Third Party Defendant STMicroelectronics, Inc.'s Reply In Support Of Its Motion to Dismiss or Stay [D.I. 50]

based on an abbreviated order, rather than a full opinion.

        Respectfully submitted,

        /s/ Dana K. Hammond

        Dana K. Hammond

Magistrate Judge Mary Pat Thynge
September 25, 2007
Page 2

cc:    Steven J. Balick, Esquire (via electronic mail)
       John G. Day, Esquire (via electronic mail)
       Russell J. DePalma, Esquire (via electronic mail)
       Donald J. Detweiler, Esquire (via electronic mail)
       Thomas C. Grimm, Esquire (via electronic mail)
       Christopher M. Joe, Esquire (via electronic mail)
       Titania R. Mack, Esquire (via electronic mail)
       Lauren E. Maguire, Esquire (via electronic mail)
       Stephen D. Milbrath, Esquire (via electronic mail)
       David E. Moore, Esquire (via electronic mail)
       Adam W. Poff, Esquire (via electronic mail)
       John D. Ritchison, Esquire (via electronic mail)
       Monte T. Squire, Esquire (via electronic mail)
       Robert H. Thornburg, Esquire (via electronic mail)
       Jeffrey B. Bove, Esquire (via electronic mail)
       Holiday W. Banta, Esquire (via electronic mail)