# Greenberg Traurig

Donald J. Detweiler
Tel. 302.661.7667
Fax 302.661.7160
detweilerd@gtlaw.com

September 25, 2007

**VIA HAND DELIVERY & ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States Magistrate Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:  **Remy Inc., *et al.* v. CIF Licensing, LLC d/b/a GE Licensing, *et al.*
     Civil Action No. 1:06-cv-00785*****

Dear Judge Thynge:

    Pursuant to the September 14, 2007 teleconference in the above action, Plaintiff Remy Inc., *et al.*, consents to the Court's determination of the following three motions by an abbreviated order, rather than a full opinion:

1. GE Licensing's Motion to Dismiss or In the Alternative to Stay (D.I. No. 47);

2. STMicroelectronic's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and/or the *Colorado River* Doctrine (D.I. No. 37); and

3. Wells Manufacturing's Motion to Strike Reply Brief, or in the Alternative, for Leave to File a Surreply Against Third Party Defendant STMicroelectronics, Inc.'s Reply in Support of its Motion to Dismiss or Stay (D.I. No. 50) – in an abbreviated manner.

Respectfully submitted,

Donald J. Detweiler (Bar No. 3087)

DJD/ps

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo-Office/Strategic Alliance

DEL 86192328
Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360

www.gtlaw.com

Page 2
The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
Re:   Remy Inc., *et al.* v. CIF Licensing, LLC d/b/a GE Licensing, *et al.*
      Civil Action No. 1:06-cv-00785***
September 25, 2007

cc:   Clerk of the Court (by electronic filing)
      Lauren E. Maguire, Esquire (by electronic filing)
      Jeffrey B. Bove, Esquire (by electronic filing)
      David E. Moore, Esquire (by electronic filing)
      Thomas G. Grimm, Esquire (by electronic filing)
      Dana K. Hammond, Esquire (by electronic filing)
      Steven J. Balick, Esquire (by electronic filing)
      Monte T. Squire, Esquire (by electronic filing)