
**Potter
Anderson
& Corroon LLP**

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

September 25, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
U.S. District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

> Re:    **Remy, Inc., et al. v. d/b/a GE Licensing, et al.
> C.A. No. 06-785-\*\*\***

Dear Magistrate Thynge:

As a follow-up to the September 14, 2007 teleconference in the above-referenced action, Taditel US, Inc. consents to the Court deciding the following motions based on an abbreviated order, rather than a full opinion.

1.    GE Licensing's Motion To Dismiss, Or In The Alternative To Stay [D.I. 47]

2.    Third-Party Defendant STMicroelectronics' Motion To Dismiss Or Stay [D.I. 37]

3.    Wells Manufacturing, L.P.'s Motion To Strike, Or In The Alternative, For Leave To File A Surreply Against Third Party Defendant STMicroelectronics, Inc.'s Reply In Support Of Its Motion To Dismiss Or Stay [D.I. 50]

Respectfully submitted,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/821464 / 32285
cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via electronic mail)