**CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

Jeffrey B. Bove
Partner
TEL (302) 888-6241
FAX (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

December 11, 2007

**VIA ELECTRONIC FILING AND HAND DELIVERY**
The Honorable Magistrate Judge Thynge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

      Re:    <u>Remy, Inc. v. CIF Licensing, LLC, d/b/a GE Licensing, et al.</u>, C.A. No.: 06-785

Dear Magistrate Judge Thynge:

      We represent Defendant Wells Manufacturing, L.P. in the above-captioned action. We are writing to inform the Court of important matters concerning the scheduling of this action. Specifically, we would like to call to the Court's attention the fact that the automatic stay in the Remy bankruptcy proceeding has now been lifted. As such, the case at hand could proceed. However, there is a compelling reason for this case to continue to be stayed: the United States Patent Office is currently reexamining the patent at issue in this case.[1] Wells is preparing a Motion for Stay Pending Reexamination that it expects to file with the Court shortly.

      As will be explained in greater detail in Wells's Motion, this reexamination proceeding is expected to result in invalidation of all the claims in the patent. If the U.S. Patent Office reaches this result, then there would be no patent claims upon which CIF Licensing, LLC could maintain its patent infringement cause of action. Without a patent infringement case, Remy's claims for indemnification should fall as well. This stay is being requested to conserve judicial resources because an administrative proceeding has been initiated that may render moot action taken by the Court in this litigation.

---

[1] Plaintiff Remy, Inc. filed a reexamination request concerning U.S. Patent No. 4,733,159 to Edwards et. al. (the patent-in-suit) on February 26, 2007, which the U.S. Patent and Trademark Office granted. Wells Manufacturing, L.P. filed an additional patent reexamination request concerning the patent-in-suit with the U.S. Patent and Trademark Office on December 4, 2007. It is the policy of the U.S. Patent Office that if a second reexamination request for a patent is granted while the first request is pending, then the two proceedings will be consolidated by the Office. 37 C.F.R. 1.565(c): "If ex parte reexamination is ordered while a prior ex parte reexamination is pending and prosecution in the prior ex parte reexamination proceeding has not been terminated, the ex parte reexamination proceedings will be consolidated and result in the issuance of a single certificate under § 1.570." On this basis, Wells believes that its request will be granted and will be consolidated with Remy's reexamination proceeding.

Magistrate Judge Thynge
December 11, 2007
Page 2

      Because there is a reasonable likelihood that the patent will be invalidated, it is in the best interest of the judicial system to stay this proceeding. The significant judicial resources that will be required to resolve the extensive number of pending motions, all of which may be for naught if the patent is found invalid, could be conserved by waiting for the outcome of the reexamination proceeding. The U.S. Patent Office proceeding may in the first instance provide the most efficient resolution of the validity issue raised in this case, and we believe further judicial resources should not be expended until the U.S. Patent and Trademark Office has reached a conclusion.

                                              Respectfully,

                                              Jeffrey B. Bove
                                              jbove@cblh.com

cc: **CIF Licensing, LLC, d/b/a GE Licensing (Defendant)**
    Steven J. Balick, Esq.
    John G. Day, Esq.
    Lauren E. McGuire
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19801
    (302) 654-1888
    Fax: (302) 654-2067

    **Remy Inc., Unit Parts Company, Worldwide Automotive LLC (Plaintiffs)**
    Brian A. Carpenter, Esq.
    Donald J. Detweiler
    Titania R. Mack, Esq.
    Greenburg Traurig LLP
    1007 N. Orange St. Ste. 1200
    Wilmington, DE 19801
    (302) 661-7000
    Fax: (302) 661-7360

    **STMicroelectronics (3rd Party Defendant)**
    John W. Shaw (No. 3362)
    Adam W. Poff (No. 3990)
    Monté T. Squire (No. 4764)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801
    (302) 571-6600

Magistrate Judge Thynge
December 11, 2007
Page 3

    E-mails: apoff@ycst.com

**Taditel US, Inc. (Defendant)**
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6264
Fax (302) 658-1192

**Wetherill Associates, Inc. (Defendant)**

| Local Counsel | Counsel |
|---|---|
| Thomas C. Grimm, Esq. | Stephen Milbrath, Esq. |
| Morris Nichols Arsht & Tunnell LLP | Allen Dyer Dopplet Milbrath & Christ, PA |
| 1201 North Market Street | 255 S. Orange Avenue, Ste. 1401 |
| Wilmington, DE 19801 | Orlando, FL 32802 |
| (302) 658-9200 | (407) 841-2330 |
| Fax: (302) 658-3989 | Fax: (407) 841-2343 |

500903