IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, | : : : |
| Plaintiffs, | : : |
| v. | : C. A. No. 06-785-*** |
| CIF LICENSING, LLC D/B/A GE LICENSING, et al., | : : : : |
| Defendants. | : : |

## ORDER

At Wilmington this **14th** day of **December, 2007**,

A letter (D.I. 68) was received by the Court on December 11, 2007 from Wells Manufacturing requesting a stay of the action and implying intent to brief the issue.

IT IS ORDERED that **only** letter briefs limited to four (4) pages for the opening and responsive letters shall be allowed. The opening letter shall be due on January 4, 2008 and the responsive letter shall be due on January 18, 2008.

IT IS FURTHER ORDERED that a teleconference on the issue will be held on **Friday, January 25, 2008 at 9:00 a.m. Eastern Time. Jeffrey Bove, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE