# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

January 4, 2008

The Honorable Mary Pat Thynge
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

**BY E-FILING**

Re:  *Remy, Inc., et al. v. CIF Licensing, LLC, et al.*
      C.A. No. 06-785-\*\*\*

Dear Judge Thynge:

      In accordance with the Court's Order of December 14, 2007, (D.I. 69), I write on behalf of defendant Wetherill Associates, Inc. ("Wetherill") to advise the Court that Wetherill joins in defendant Wells Manufacturing Corp.'s ("Wells") request that this action continue to be stayed pending resolution of the reexamination of the patent-in-issue pending before the United States Patent & Trademark Office. The reexamination could result in the invalidation of some or all of the claims of the patent-in-suit, in which case there could be no infringement of any invalidated claim. In addition, the reexamination could result in a narrowing of some or all of the claims, which could impact the Court's construction of the language of those claims. Hence, a stay pending reexamination would both promote judicial economy and preserve the parties' resources.

Respectfully,

Thomas C. Grimm

cc:    Dr. Peter T. Dalleo, Clerk (by hand)
        Stephen D. Milbrath, Esq. (by e-filing & e-mail)
        Donald J. Detweiler, Esq. (by e-filing & e-mail)
        Christopher M. Joe, Esq. (by e-mail)
        Steven J. Balick, Esq. (by e-filing & e-mail)
        Jeffrey B. Bove, Esq. (by e-filing & e-mail)
        Holiday W. Banta, Esq. (by e-mail)
        David E. Moore, Esq. (by e-filing & e-mail)
        John W. Shaw, Esq. (by e-filing & e-mail)