# Greenberg Traurig

Donald J. Detweiler
Tel. 302.661.7667
Fax 302.661.7360
detweilerd@gtlaw.com

January 8, 2008

**VIA HAND DELIVERY & ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States Magistrate Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 6100, Lockbox 8
Wilmington, DE 19801

Re:   **Remy Inc., *et al.* v. CIF Licensing, LLC d/b/a GE Licensing, *et al.***
      **Civil Action No. 1:06-cv-00785**

Dear Magistrate Judge Thynge:

    We represent the plaintiff Remy Inc. in the above-captioned action. We write in response to defendant Wells Manufacturing LP's January 4, 2008 correspondence to Your Honor, setting forth Wells' arguments in support of it's motion to stay the case pending the outcome of the United States Patent Offices' reexamination of the patent at issue in this case.

    Specifically, as noted in Mr. Bove's letter to the Court, Remy Inc. concurs with the request for the stay.

    Should you have any questions, or require any additional information, counsel remain at the convenience of the Court.

Respectfully submitted,

*[signature]*

Donald J. Detweiler (Bar No. 3087)

DJD/ps

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo-Office/Strategic Alliance

Page 2
The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
Re:   Remy Inc., *et al.* v. CIF Licensing, LLC d/b/a GE Licensing, *et al.*
      Civil Action No. 1:06-cv-00785***
January 8, 2008

cc:   Clerk of the Court (by electronic filing)
      Lauren E. Maguire, Esquire (by electronic filing)
      Jeffrey B. Bove, Esquire (by electronic filing)
      David E. Moore, Esquire (by electronic filing)
      Thomas G. Grimm, Esquire (by electronic filing)
      Dana K. Hammond, Esquire (by electronic filing)
      Steven J. Balick, Esquire (by electronic filing)
      Monte T. Squire, Esquire (by electronic filing)