IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, : : : Plaintiffs, : : v. : : CIF LICENSING, LLC D/B/A GE LICENSING, et al., : : : Defendants. : | C. A. No. 06-785-*** |

## ORDER

At Wilmington this 25th day of January, 2008.

The Court, being duly advised in the premises, hereby grants Wells Manufacturing, L.P.'s request for a stay of the action until March 27, 2008, at which time the Court will conduct a telephonic conference to determine, among other things, the current status of the two requests for reexamination of U.S. Patent No. 4,733,159 to Edwards et al. pending before the United States Patent and Trademark Office. Additional topics for the status conference shall include, but are not limited to, consideration of whether the stay should be extended and, if so, whether it is advisable for the Court to address any other pending motions despite the existence of the stay.

IT IS ORDERED that this action be and the same hereby is stayed until March 27, 2008.

IT IS FURTHER ORDERED that a teleconference on these issues will be held on **Thursday, March 27, 2008 at 9:30 a.m. Eastern Time. Counsel for Defendant GE Licensing shall initiate the teleconference.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
The Honorable Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE