### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMY INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 06-785-*** |
| CIF LICENSING, LLC D/B/A GE LICENSING, et al., | : : : : | |
| Defendants. | : | |

### **ORDER**

At Wilmington this **28th** day of **January, 2008**,

IT IS ORDERED that a further teleconference has been scheduled for **Thursday, March 27, 2008 at 9:30 a.m. Eastern Time** with Judge Thynge. **Steven J. Balick, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE