# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Jeffrey B. Bove
Partner

TEL (302) 888-6241
FAX: (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

January 28, 2008

The Honorable Magistrate Judge Thynge
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE  19801

Re:   <u>Remy, Inc. v. CIF Licensing, LLC, d/b/a GE Licensing, et al., C.A. No.:  06-785</u>

Dear Magistrate Judge Thynge:

    We represent Defendant Wells Manufacturing, L.P. ("Wells") in the above-captioned action.  We are writing to inform the Court that Wells's request for reexamination of U.S. Patent No. 4,733,159 to Edwards et. al. ("the '159 Patent") was granted in the afternoon on Friday, January 25, 2008.  Exhibit A, Screen Shot of Public PAIR Transaction History for Reexamination Request No. 90/008,955.  Wells expects that, pursuant to 37 C.F.R. 1.565(c), its reexamination will be consolidated shortly with the reexamination initiated by Remy.

Respectfully submitted,

/s/ Jeffrey B. Bove

Jeffrey B. Bove
jbove@cblh.com

cc:  **CIF Licensing, LLC, d/b/a GE Licensing (Defendant)**
    Steven J. Balick, Esq.
    John G. Day, Esq.
    Lauren E. McGuire
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19801
    (302) 654-1888
    Fax: (302) 654-2067

The Honorable Magistrate Judge Thynge
January 28, 2008
Page 2

**Remy Inc., Unit Parts Company, Worldwide Automotive LLC (Plaintiffs)**
Brian A. Carpenter, Esq.
Donald J. Detweiler
Titania R. Mack, Esq.
Greenburg Traurig LLP
1007 N. Orange St. Ste. 1200
Wilmington, DE 19801
(302) 661-7000
Fax: (302) 661-7360

**STMicroelectronics (3rd Party Defendant)**
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
E-mails: apoff@ycst.com

**Taditel US, Inc. (Defendant)**
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6264
Fax (302) 658-1192

**Wetherill Associates, Inc. (Defendant)**

| Local Counsel | Counsel |
|---|---|
| Thomas C. Grimm, Esq. | Stephen Milbrath, Esq. |
| Morris Nichols Arsht & Tunnell LLP | Allen Dyer Dopplet Milbrath & Christ, PA |
| 1201 North Market Street | 255 S. Orange Avenue, Ste. 1401 |
| Wilmington, DE 19801 | Orlando, FL 32802 |
| (302) 658-9200 | (407) 841-2330 |
| Fax: (302) 658-3989 | Fax: (407) 841-2343 |

588704

# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home** | **Patents** | **Trademarks** | **Other**

| Patent eBusiness | Patent Application Information Retrieval |
|---|---|

Order Certified Application As Filed   Order Certified File Wrapper   View Order

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

**90/008,955**   **CHARGE PUMP VOLTAGE REGULATOR**

Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent

**Patent Information**

Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

## Transaction History

| Date | Transaction Description |
|---|---|
| 01-25-2008 | Determination -- Reexam Ordered |
| 01-22-2008 | Case Docketed to Examiner in GAU |
| 01-17-2008 | Reexam Litigation Search Conducted |
| 12-05-2007 | Information Disclosure Statement (IDS) Filed |
| 01-04-2008 | Completion of Preprocessing - Released to Assigned GAU |
| 01-04-2008 | Title Report |
| 01-04-2008 | Notice of reexamination request filing date |
| 01-04-2008 | Notice of assignment of reexamination request |
| 12-05-2007 | Reexamination requested by third party requester |
| 12-05-2007 | Receipt of Original Ex Parte Reexam Request |

**Patent Searches**

Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

**Other**

Copyrights
Trademarks
Policy & Law
Reports

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-m EBC@uspto.gov for specific questions about Patent Application Information Ret (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

You can suggest USPTO webpages or material you would like featured on this section by E-mail to webmaster@uspto.gov. While we cannot pro accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy