IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, : : : | |
| Plaintiffs, : : | |
| v. : : | C. A. No. 06-785-GMS |
| CIF LICENSING, LLC D/B/A GE LICENSING, et al., : : : | |
| Defendants. : | |

### ORDER

At Wilmington this **5th** day of **March, 2008**,

IT IS ORDERED that the teleconference scheduled for Thursday, March 27, 2008 at 9:30 a.m. Eastern Time with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE