IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, : : : | |
| Plaintiffs, : : | |
| v. : : | C. A. No. 06-785-GMS |
| CIF LICENSING, LLC D/B/A GE LICENSING, et al., : : : | |
| Defendants. : | |

## ORDER

At Wilmington this **25th** day of **April, 2008**,

IT IS ORDERED that a teleconference has been scheduled for **Monday, May 5, 2008 at 4:00 p.m. Eastern Time** with Judge Thynge to discuss the status of this matter. **Plaintiffs' counsel shall initiate the teleconference call.** Plaintiffs' counsel is to fax to a list of the participants, indicating the clients they represent, to Judge Thynge at **302-573-6445** on or before **Thursday, May 1, 2008.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE