## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC, | : : : |
| Plaintiffs, | : : |
| v. | : C. A. No. 06-785-GMS-MPT : |
| CIF LICENSING, LLC D/B/A GE LICENSING, et al., | : : : |
| Defendants. | : : |

## ORDER

At Wilmington this **29th** day of **July, 2008**,

IT IS ORDERED that a teleconference has been scheduled for **Monday, August 4, 2008 at 11:30 a.m. Eastern Time** with Judge Thynge to discuss the status of this matter and the future handling of this case.  **Counsel for G. E.. Licensing shall initiate the teleconference call** and shall fax a list of the participants, indicating the clients they represent, to Judge Thynge at **302-573-6445** on or before **Thursday, July 31, 2008.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE