IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMY, INC., UNIT PARTS COMPANY, and WORLDWIDE AUTOMOTIVE, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>CIF LICENSING, LLC, D/B/A GE LICENSING, WELLS MANUFACTURING L.P., TADITEL US, INC., and WETHERILL ASSOCIATES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 06-785-GMS-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| WELLS MANUFACTURING L.P.,<br><br>    Counterclaimant,<br><br>  v.<br><br>REMY, INC.,<br><br>    Counterdefendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| WELLS MANUFACTURING L.P.,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>STMICROELECTRONICS, INC.,<br><br>    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to D. Del. LR 83.7, PLEASE TAKE NOTICE that Monté T. Squire, Esquire, of the law firm of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, DE 19801, hereby withdraws his appearance on behalf of the Third-Party Defendant STMicroelectronics, Inc. The Third-Party Defendant continues to be represented by the law firm of Young Conaway Stargatt & Taylor LLP.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Third-Party Defendant STMicroelectronics, Inc.*

Dated: August 28, 2008

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on August 28, 2008, a true and correct copy of the foregoing document was filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Thomas C. Grimm, Esq.
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801

Jeffrey Bove, Esq.
Dana K. Hammond, Esq.
CONNOLLY, BOVE, LODGE & HUTZ
1107 N. Orange Street
Wilmington, DE 19801

Donald J. Detweiler, Esq.
Titania R. Mack, Esq.
GREENBURG TRAURIG LLP
1007 N. Orange St., Ste. 1200
Wilmington, DE 19801

Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. McGuire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

David E. Moore, Esq.
POTTER ANDERSON & CORROON, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801

I further certify that on August 28, 2008, I caused copies of the foregoing document to be served by hand delivery on the above-listed counsel and on the following counsel of record as indicated.

<u>BY U.S. MAIL</u>

Bradford Lyerla, Esq.
Jeffrey Dean, Esq.
Scott Sanderson, Esq.
MARSHALL GERSTEIN & BROUN LLP
233 S. Wacker Dr.
6300 Sears Tower
Chicago, IL 60606

Stephen Milbrath, Esq.
ALLEN DYER DOPPLET MILBRATH & CHRIST, PA
255 S. Orange Avenue, Ste. 1401
Orlando, FL 32802

Holiday Banta, Esq.
WOODARD EMHARDT MORIARTY
McNETT & HENRY LLP
111 Monument Circle, Ste. 3700
Indianapolis, IN 46204

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for STMicroelectronics, Inc.*

2